### 37861. SMITH v. FOSKEY.

PER CURIAM.
After plenary consideration of this matter, it is found not to satisfy the criteria for the grant of certiorari and the writ is therefore vacated.
*All the Justices concur.*

DECIDED FEBRUARY 17, 1982.

*Duross Fitzpatrick,* for appellant.
*Arnold & Barlow,* for appellee.